RECEIVED
JAN 2 1 2020
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

Form for Filing a Section 1983 Civil Rights Complaint (by persons not in jail or prison)

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF MISSISSIPPI
GreenVille _____ DIVISION

Flora Jean O'honter
Quindanius Jamal Rhydell Smith

_____

_____

(Enter above the full name of the Plaintiff[s]
in this action.)

-vs-                                 Case No. 4:20-CV-010-MPM-JMV
                                         (To be assigned by Clerk)

City of Greenville, MS    Julian Phillips
Emrick D. Simmons         James Evans
Darrel Vaxton             Tabari Thomas
Officer Steven Tonney

(Enter above the full name of ALL Defendant[s]
in this action. Fed. R. Civ. P. 10(a) requires that
the caption of the complaint include the names of
all the parties. Merely listing one party and "et al"
is insufficient.)

### COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C. §1983
### (by persons not in jail or prison)

III. Parties
(In item A below, place your name in the first blank and place your present address in the
second blank. If more than one plaintiff, attach an additional sheet that provides each plaintiff's
name and address.)

A.    Name of Plaintiff: Flora Jean O'honter
      Address: 1020 Goethal Street Greenville, MS 98701

(In item B below, place the full name of the defendant in the first blank, his official
position in the second blank, and his and his place of employment in the third blank.
Use Item C for the names, positions, and places of employment of an additional

defendants.)

B. Defendant, Errick D. Simmons                                            , is employed as Mayor
   at City of Greenville, Ms                                               .

C. Additional Defendants:

City of Greenville, Ms is a political subdivision of the State of Mississippi
Daniel Paxton is employed as a police officer with the City of Greenville police Dept.
Steven Torrey is employed as a police officer with the City of Greenville police Dept.
Julian Phillips is employed as a police officer with the City of Greenville police Dept.
James Evans is employed as a police officer with the City of Greenville police Dept.
Taegni Thomas is employed as a police officer with the City of Greenville police Dept.

IV. Statement of Claim

State here as briefly as possible the <u>facts</u> of your case, that is, what happened that caused you to
file this complaint. Describe how each defendant is involved. Include also dates and places
where the complained of events occurred. If you intend to allege a number of related claims,
number and set forth each claim in a separate paragraph. Use as much space as you need. Attach
extra sheets if necessary.

(1) On January 2, 2017 at around 8:30 p.m. Ronnie Shorter was at his aunts house on
Goethal Street in Greenville, Ms. one of his tires was on flat at his mom house
Flora Shorter. one of Ronnie's cousins agreed to drive him home to 309 Neff Street
Greenville, Ms.

(2) Around 8:30 p.m. Officer James Evans & Officer Steven Torrey responded to an
Anonymous complaint that shots was being fired on Neff street. When they arrived
They didn't see or hear anything.

(3) Around 8:50 p.m. Ronnie's cousin dropped him off at home. they didn't see any policemans
or anyone else on the street. As Ronnie's cousin drove off he stopped at the corner of
Neff street and canal Ave. He saw Ronnie fire two gunshots in the air. He also saw
The screen door slam and he saw the front porch light come on. Then he left.

V. State the names of witnesses who would testify for you or on your behalf, and state **briefly** what they
would say.

| WITNESS'S NAME | WHAT THIS WITNESS WOULD SAY |
| --- | --- |
| Ethel Johnson | Explains Coroner's report |
| Micheal Gooden | What Ronnie did when he arrived at his home. |

VI. Name all **documents** that you know of which would support your claim and state **briefly** what each document says or shows.

| DOCUMENT | WHAT THE DOCUMENT SAYS OR SHOWS |
|---|---|
| Incident Report | Greenville police dept description of what happened |
| Coroner's report | Manner of Ronnie's death. |

VII. Explain how you were injured (incurred medical costs, incurred physical injury and/or emotional distress, etc.)

Emotional distress, Fear, Lost of Economic Benefits, Lost of Faith in Society, Lost of Faith in police officers.

VIII. Relief

State briefly exactly what you want the court to do for you.

Award the Plaintiffs 11 Million dollars

_____
_____
_____
_____
_____
_____
_____
_____

IX. Jury Demand

I would like to have my case tried by a jury.

☑ Yes

☐ No

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.

Signed this _20_ day of _January_ , 20 _20_ .

*Flora J Shorter*

*Jun anne Smith*

_____

_____

(Signature of Plaintiff/Plaintiffs)

Name Of Plaintiff: Quindarius (Jamal Rhydell Smith
Address: 1020 Goetnal Street Greenville, MS 08701

④ Around 8:50 p.m. the Greenville police department received second complaint of shots being fired again. And, then officers James Evans, Darrel Saxton, Steven Dorsey, Julian Phillips, Tabari Thomas arrived in the neighborhood. When they arrived in the neighborhood they parked their patrol cars on another street and walked to Neff street.

⑤ The caller that called in told them to go specifically to 909 Neff street. Shortly, before 9 p.m. Ronnie Shorter called his mom to let her know he had made it home safely. While he was on the phone with his mom Flora Shorter he told her someone was knocking on the door. And, he hung up the phone quickly to see who it was.

⑥ Upon information and beliefs two officers was at the door and three officers was at the back yard area. The officers shot him four times at the door. And multiply shots to the front of the house. He dropped the gun at the front of the House. And, he ran to the street and the officers shot him seven more times to his back, and he fell face down.

⑦ No one has reached out to the family to inform the family what happened. The family has heard through news and social media what allegedly supposed to happened. Greenville police department, FBI, DA's office haven't reached out to the family, and it's been three years.

⑧ The family reached out to an attorney who accepted the case and was suppose to pursue the case. However, the family have not heard from the lawyer in 18 months. The family has been mislead by this lawyer. The lawyer name is Brandon Dorsey of Jackson, Ms. He will not return phone calls, emails, or texts.

9. The defendants are in violation of the Fourth and Fourteenth Amendment of the United States Constitution under 42 U.S.C. § 1983. The defendants un-reasonably seized Mr. Shorter and used excessive force, as a direct result of the defendants action the plaintiffs have been injured.

10. The City of Greenville is liable to the Plaintiffs under 42 U.S.C. § 1983. Because the violation of Ronnie's rights was caused by a policy practice or customed of the City of Greenville police Department. They include the Greenville police Department lack of policy and training on fatal use of force, policy of not following the Missouri ppi public record policy and the custom policy of practice of violating the Fourth amendment through un-reasonably killing of a citizen. The City of Greenville fail to train, supervise, and discipline Greenville police Department officers including the remaining defendants.

11. The Plaintiffs family Members visited the Greenville police Department to get copies of the policy on fatal use of force and officer Melvin Netters said the Department would not follow the public records law. We requested the policy Multiple times from the City of Greenville attorney. And have yet to recieve a copy.