**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**


**FLORA JEAN SHORTER, ET AL.**                                                                           **PLAINTIFFS**

**V.**                                                                           **NO. 4:20CV00010-MPM-JMV**

**CITY OF GREENVILLE, MS; ET. AL.**                                                                           **DEFENDANTS**


## ORDER

By Order dated March 2, 2020, the Court granted Plaintiffs' applications to proceed *in forma pauperis* and directed the Clerk to issue process for the defendants named in the complaint.   The Clerk has now advised that Plaintiffs have failed to provide sufficient information for service of the summonses and complaint pursuant to 28 U.S.C. §1915. Accordingly, **within ten (10) business days of this date, Plaintiffs must provide the Clerk of this Court with address information for service of process upon each defendant.**   Plaintiffs are warned that failure to comply with this order may lead to dismissal of this case for failure to prosecute and or failure to obey an order of the Court.   Plaintiffs are further advised that failure to keep the Court informed of Plaintiffs' current mailing address may likewise lead to dismissal of this lawsuit.

**SO ORDERED** this, the 3rd day of March, 2020.


                                        **/s/ Jane M. Virden**
                                        **U. S. MAGISTRATE JUDGE**